MISSIG, APPELLANT, *v.* CITY OF CLEVELAND CIVIL
SERVICE COMMISSION ET AL., APPELLEES.

[Cite as *Missig v. Cleveland Civ. Serv. Comm.,*
123 Ohio St.3d 239, 2009-Ohio-5256.]

(No. 2009–0790—Submitted September 1, 2009—Decided October 6, 2009.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Lima v. State,* 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616, and the cause is remanded to the court of appeals to apply *Lima v. State.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph W. Diemert Jr. & Associates Co., L.P.A., Joseph W. Diemert Jr., Thomas M. Hanculak, and Daniel A. Powell, for appellant.